IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEY HOFFMAN, | : | Civil No. 3:25-CV-02360 |
| Plaintiff, | : | |
| v. | : | |
| JILLIAN CUFFARO, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 5th day of January, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in *forma pauperis*, Doc. 4, is **GRANTED**.

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A) the average monthly deposits in the inmate's prison account for the past six months, or

    (B) the average monthly balance in the inmate's prison account for the past six months.

1

4. The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in the Plaintiff's inmate prison account exceeds $10.00, the Superintendent / Warden, or other proper official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's prison account until the $350.00 fee is paid. Each payment shall reference the above-captioned docket number.

5. The Clerk of Court shall send a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

6. The complaint, Doc. 1, is **FILED**.

7. The complaint, Doc. 1, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

8. All claims against Defendants Weldon, Rodriguez and Briggs are **DISMISSED** without prejudice.

9. All Fifth and Eighth Amendment claims against Defendant Cuffaro are **DISMISSED** with prejudice.

10. All First and Fourteenth Amendment claims against Defendant Cuffaro are **DISMISSED** without prejudice.

11. Plaintiff may file an amended complaint by **February 6, 2026**.[1] This amended complaint shall be titled "Amended Complaint" and shall be filed under the case number captioned above.

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the complaint so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).

12. The Clerk of Court is directed to forward two (2) copies of the civil rights complaint form for Plaintiff's use in drafting his amended complaint.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania