# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEY HOFFMAN, | : | Civil No. 3:25-CV-02360 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JILLIAN CUFFARO, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 20th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to amend the complaint, Doc. 8, is **GRANTED**.

2. The Clerk of the Court is directed to file the proposed amended complaint, Doc. 8-1, as a separate document on the docket to serve as the operative complaint in this matter.

3. The amended complaint, Doc. 8-1, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. All claims against Defendants Biggs, Weldon, and Rodriguez are **DISMISSED** without prejudice.

5. The First Amendment claim is **DISMISSED** without prejudice.

6. The Fifth, Eighth, and Fourteenth Amendment claims are **DISMISSED** with prejudice.

7. Plaintiff may file a second amended complaint by **April 20, 2026**.[1] This second amended complaint shall be titled "Second Amended Complaint" and shall be filed under the case number captioned above.

8. The Clerk of Court is directed to forward two (2) copies of the civil rights complaint form for Plaintiff's use in drafting his second amended complaint.

9. Plaintiff's motion for default, Doc. 10, is deemed **WITHDRAWN**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the complaint so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).